# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. <br><br> Plaintiff/Counterclaim-Defendants, <br><br> v. <br><br> ANGIODYNAMICS, INC., <br><br> Defendant/Counterclaim-Plaintiff. | ) ) ) ) ) ) C.A. No. 21-349-CFC ) ) ) ) ) ) ) ) |

## RESPONSE TO NOTICE OF FEDERAL COURT DECISION

AngioDynamics writes in response to Bard's February 22, 2023 Notice informing the Court of the Federal Circuit's decision in *C.R. Bard, Inc. v. Medical Components, Inc.*, Nos. 2022-1136, 2022-1186, 2023 WL 2064163 (Fed. Cir. Feb. 17, 2023) ("Port I") and requesting that the current stay be lifted. Since Bard's filing, Medical Components, Inc. has notified the District Court of Utah that it intends to file a combined petition for panel rehearing and rehearing *en banc*. *C.R. Bard, Inc. v. Medical Components, Inc.*, 2:17-cv-00754, D.I. 899 (February 22, 2023) (attached hereto as Exhibit A). Pursuant to Rule 41(b) of the Federal Rules of Appellate Procedure, no mandate will issue from the Federal Circuit until after the resolution of Medical Components, Inc.'s combined petition. The District of Utah has ordered that the stay will remain in place until the Federal Circuit issues its mandate. *C.R.*

-2-

*Bard, Inc. v. Medical Components, Inc.*, 2:17-cv-00754, D.I. 900 (February 23, 2023).

AngioDynamics respectfully requests that this Court deny Bard's request to lift the stay in the present case, and order that the stay remain in place until the mandate of the Federal Circuit has issued.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John T. Moehringer
Danielle V. Tully
Michael B. Powell
CADWALADER, WICKERSHAM
  & TAFT LLP
200 Liberty Street
New York, NY  10281
Tel:  (212) 504-6000

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Brandon R. Harper (#6418)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
bharper@potteranderson.com
abrown@potteranderson.com

Dated:  February 24, 2023
10659220 / 17409.00003

*Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.*