IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 20-1543-CFC |
| SMITHS MEDICAL ASD, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 20-1544-CFC |
| ANGIODYNAMICS, INC., | ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 21-349-CFC |
| ANGIODYNAMICS, INC., | ) ) | |
| Defendant. | ) | |

**ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASES**

1. An In-Person Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Monday, March 13, 2023 at 1:00 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Infringement is Alleged" or the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Only Invalidity and Not Infringement is Alleged," **(revised on April 18, 2022),** available on the Court's website. No later than **12:00 p.m. on Wednesday, March 8, 2023**, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. **The parties are reminded that Exhibit A must be filed with the Proposed Scheduling Order. The Parties are further ordered to list in Exhibit A the due dates for any reply briefs.**

4. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

5. IT IS FURTHER ORDERED that on or before **March 7, 2023**, the parties shall inform the Court by letter whether the pending motions for judgment on the pleadings should be dismissed in light of the Federal Circuit decisions issued on February 17, 2023. *C.R. Bard, Inc. v. Med Components, Inc.* Nos. 2022-1136, 2022-1186.


2.28.23
_____
Date

_____
Chief Judge