IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC and BARD PERIPHERAL VASCULAR, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-349 (CFC) ) |
| ANGIODYNAMICS, INC., | ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' MOTION TO DISMISS AND STRIKE DEFENDANT'S INEQUITABLE CONDUCT COUNTERCLAIM AND DEFENSE AND TO SEVER AND DISMISS DEFENDANT'S PATENT INFRINGEMENT <u>COUNTERCLAIMS</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Plaintiffs C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, "Bard"), move to dismiss Defendant AngioDynamics, Inc.'s ("Angio") inequitable conduct counterclaim (Eighth Counterclaim) and defense (Sixth Defense) (D.I. 49). Additionally, Bard moves pursuant to the Court's inherent power and Federal Rule of Civil Procedure 21 to sever Angio's counterclaims asserting patent infringement against Bard (First-Third Counterclaims) (D.I. 49) into a separate action and to dismiss those counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue or to transfer them to a district where venue is proper. The grounds for this Motion are set forth in Bard's Opening Brief in Support of Plaintiffs' Motion to Dismiss and Strike Defendant's Inequitable Conduct Counterclaim and

Defense and to Sever and Dismiss Defendant's Infringement Counterclaims, filed concurrently herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Steven C. Cherny | 1201 North Market Street |
| Matthew A. Traupman | P.O. Box 1347 |
| QUINN EMANUEL URQUHART | Wilmington, DE  19899-1347 |
|    & SULLIVAN, LLP | (302) 658-9200 |
| 51 Madison Avenue, 22nd Floor | jblumenfeld@morrisnichols.com |
| New York, NY  10010 | began@morrisnichols.com |
| (212) 849-7000 | |
| | *Attorneys for Plaintiffs C.R. Bard, Inc.* |
| Lauren Martin | *and Bard Peripheral Vascular, Inc.* |
| QUINN EMANUEL URQUHART | |
|    & SULLIVAN, LLP | |
| 111 Huntington Avenue, Suite 520 | |
| Boston, MA  02199 | |
| (617) 712-7100 | |
| | |
| Jared W. Newton | |
| QUINN EMANUEL URQUHART | |
|    & SULLIVAN, LLP | |
| 1300 I Street NW, Suite 900 | |
| Washington, DC  20005 | |
| (202) 538-8000 | |

July 7, 2023

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Counsel for Bard certifies that counsel for the parties, including lead and Delaware counsel, discussed the subject of the motion to sever and were unable to reach agreement.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC and BARD PERIPHERAL VASCULAR, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-349 (CFC) ) |
| ANGIODYNAMICS, INC., | ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

The Court having considered Plaintiffs' Motion to Dismiss and Strike Defendant's Inequitable Conduct Counterclaim and Defense and to Sever and Dismiss Defendant's Infringement Counterclaims, and the papers submitted in connection therewith,

HEREBY ORDERS, this _____ day of _____, 2023 that the Motion is GRANTED.  Defendant's Eighth Counterclaim is Dismissed and Defendant's Sixth Defense is stricken.

IT IS HEREBY FURTHER ORDERED that Defendants First through Third Counterclaims asserting patent infringement are SEVERED from this action into a separate action and will be DISMISSED pursuant to Fed. R. Civ. P. 12(b)(3) for improper venue or transferred to a district where venue is proper.

_____
Chief, United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 7, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Brandon R. Harper, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant*<br>*AngioDynamics, Inc.* | *VIA ELECTRONIC MAIL* |
| John T. Moehringer, Esquire<br>Danielle V. Tully, Esquire<br>Michael B. Powell, Esquire<br>CADWALADER, WICKERSHAM<br>   & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>*Attorneys for Defendant*<br>*AngioDynamics, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)