# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. | ) ) ) |
| Plaintiff/Counterclaim-Defendants, | ) ) ) C.A. No. 21-349-CFC |
| v. | ) ) ) |
| ANGIODYNAMICS, INC., | ) ) ) |
| Defendant/Counterclaim-Plaintiff. | ) ) ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 7, 2023, upon the following attorneys of record as indicated below:

ANGIODYNAMICS, INC.'S PROPOSED TERMS AND CONSTRUCTIONS

## VIA ELECTRONIC MAIL

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Steven C. Cherny
Matthew A. Traupman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
stevencherny@quinnemanuel.com
matthewtraupman@quinnemanuel.com
bardvangiodynamics-qeteam@quinnemanuel.com

| | |
|---|---|
| Lauren Martin<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>bardvangiodynamics-<br>qeteam@quinnemanuel.com | Jared W. Newton<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>bardvangiodynamics-<br>qeteam@quinnemanuel.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John T. Moehringer
Danielle V. Tully
Michael B. Powell
CADWALADER, WICKERSHAM
  & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 504-6000

By: */s/ David E. Moore*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Andrew L. Brown (#6766)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　abrown@potteranderson.com

Dated: July 10, 2023
10909681 / 17409.00003

*Attorneys for Defendant/Counterclaim Plaintiff AngioDynamics, Inc.*