IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.R. BARD, INC and BARD              )
PERIPHERAL VASCULAR, INC.,           )
                                     )
            Plaintiffs,              )
                                     )
       v.                            )  C.A. No. 21-349 (CFC)
                                     )
ANGIODYNAMICS, INC.,                 )
                                     )
            Defendant.               )

## [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION

Having considered the parties' Joint Claim Construction Brief filed on October 19, 2023 (D.I. 78) and having held a Markman hearing on December 18, 2023, and in accordance with the reasoning set forth on the record during the Markman hearing, IT IS HEREBY ORDERED that:

1.     The parties' disputed claim terms are construed as follows:

| Claim Term | Claim(s) | Court's Construction |
|---|---|---|
| "[access port assembly] suitable for power injection" | '992 patent claims 1, 7<br><br>'993 patent claims 1, 10 | "[access port assembly] capable of being injected and pressurized by mechanical assistance" |
| "Power injectable access port" | '993 claims 1-10 | "Access port capable of being injected and pressurized by mechanical assistance" |

2.      The Court reserves construing the "etched into the metal" term until such time the Court deems appropriate.

3.      The Court adopts the following construction agreed to by the parties:

| Claim Term | Claim(s) | Construction |
|---|---|---|
| "radiopaque" | '992 claims 1, 5, 7 '993 claims 1, 2, 4, 7, 8, 9, 10 | visible on X-ray |

4.      The printed matter doctrine applies to the following claim terms:

- "one or more symbols, one or more patterns, one or more characters, one or more designs, and combinations thereof" in '993 patent claim 8;

- "radiopaque identifier"/"identifier" in '992 patent claims 5, 7 and '993 claim 10;

- "radiopaque identification feature" / "identification feature" in '993 patent claims 1-2, 4, 7-9;

- "radiopaque alphanumeric message" / "alphanumeric message" in '992 patent claims 1, 3 and '993 patent claims 2, 4;

- "indicating that the venous access port assembly is suitable for power injection" in '992 patent claim 1;

- "to indicate that the venous access port assembly is suitable for power injection" in '992 patent claim 7;

2

- "conveys to an observer using the imaging technology that the power-injectable access port is suitable for power injection" in '993 patent claim 1;

- "to indicate that the power-injectable access port is suitable for power injection" in '993 patent claim 10;

- "letters" in '992 patent claims 4, 6-7 and '993 patent claims 5, 7, 9-10;

- "wherein the radiopaque alphanumeric message includes an abbreviation for computed tomography" in '992 patent claim 3;

- "wherein the abbreviation for computed tomography includes letters 'C' and 'T'" in '992 patent claim 4 and ''993 patent claim 5;

- "wherein the radiopaque identifier includes an abbreviation for computed tomography" in '992 patent claim 5;

- "wherein the abbreviation includes letters 'C' and 'T'" in '992 patent claim 6;

- "wherein the radiopaque identification feature comprises an alphanumeric message" '993 patent claim 2;

- "wherein the radiopaque identification feature is an alphanumeric message including an abbreviation for computed tomography" '993 patent claim 4;

- "wherein the radiopaque identification feature includes letters 'CT'" in '993 patent claim 7;

- ""wherein the radiopaque identification feature includes letters 'C' and 'T'" in '993 patent claim 9;

- "a radiopaque identifier including letters 'CT'" in '993 patent claim 10.


SO ORDERED this _____ day of January, 2024.


_____
CHIEF, UNITED STATES DISTRICT JUDGE